UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. LUJAN,<br>　　　Plaintiff,<br>v.<br>I.R.S. DEPT. OF THE TREASURY,<br>　　　Defendant. | Case No.: 2:21-cv-02211-APG-NJK<br><br>**ORDER**<br>[Docket No. 1] |

Plaintiff is proceeding in this action *pro se* and submitted an application to proceed *in forma pauperis* in an effort to initiate this case. Docket No. 1. Plaintiff's application is hereby **DENIED**. Plaintiff failed to use the Court's form application to proceed *in forma pauperis*, and further failed to submit an inmate account statement for the past six months and a properly executed financial certificate, as required by 28 U.S.C. § 1915(a)(2) and Local Special Rule 1-2. Further, Plaintiff failed to submit a complaint. To proceed with this case, Plaintiff must submit a complaint and either pay the filing fee or file a fully complete application to proceed *in forma pauperis* on the correct form, plus an inmate account statement for the past six months and a properly executed financial certificate.

Accordingly, **IT IS ORDERED:**

1.　Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff shall file a complaint alongside either the filing fee or a fully complete application to proceed *in forma pauperis*.

1

2. The Clerk of the Court shall send Plaintiff a blank copy of the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

3. Plaintiff must comply with this order no later than February 18, 2022. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: December 21, 2021

_____
Nancy J. Koppe
United States Magistrate Judge