# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL V. LUJAN, <br><br> Plaintiff, <br><br> v. <br><br> I.R.S. DEPT. OF THE TREASURY, <br><br> Defendant. | Case No.: 2:21-cv-02211-APG-NJK <br><br> **REPORT AND RECOMMENDATION** |

On December 21, 2021, this Court denied Plaintiff's application for leave to proceed *in forma pauperis* because the application was incomplete. Docket No. 3. The Court ordered Plaintiff to either pay the full $402 filing fee or file a signed and dated complete application to proceed *in forma pauperis* no later than February 18, 2022. *Id.* The Court warned that "failure to timely comply with this order may result in a recommendation to the District Judge that this case be dismissed without prejudice." *Id.*

As of this date, Plaintiff has neither paid the filing fee, nor filed a new application to proceed *in forma pauperis*. *See* Docket. The undersigned therefore **RECOMMENDS** that this case be **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: March 30, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

# NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and

1

recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).