UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL V. LUJAN,<br><br>　　　　Plaintiff<br><br>v.<br><br>I.R.S. DEPT. OF THE TREASURY,<br><br>　　　　Defendant | Case No.: 2:21-cv-02211-APG-NJK<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 4] |

　　　On March 30, 2022, Magistrate Judge Youchah recommended that I dismiss this case without prejudice because plaintiff Michael Lujan did not pay the filing fee or file an application to proceed in forma pauperis by the given deadline. ECF No. 4.  Lujan did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 4) is accepted** and this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

　　　DATED this 21st day of April, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE