AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL V. LUJAN,

                                          JUDGMENT IN A CIVIL CASE
                    Plaintiff,

    v.                                    Case Number: 2:21-cv-02211-APG-NJK

I.R.S. DEPT. OF THE TREASURY,

                    Defendant.

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendant against Plaintiff and this case is dismissed without prejudice.

4/21/2022                                      DEBRA K. KEMPI
Date                                           Clerk

                                                /s/ J. Callo
                                               Deputy Clerk